# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| OLGA AGUIRRE | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:17-cv-2369 |
| v. | § | |
| | § | |
| CHEMIUM INTERNATIONAL CORP. | § | JURY DEMANDED |
| | § | |
| Defendant | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, OLGA AGUIRRE, Plaintiff, and CHEMIUM INTERNATIONAL CORP., Defendant, and file this their Joint Notice of Settlement and wish to notify the Court that the Parties have settled this matter. Parties request thirty (30) days in which to file dismissal documents.

Respectfully submitted:

By: */s/ David G. Langenfeld*
**David G. Langenfeld**
Attorney-in-Charge
State Bar No. 11911325
Fed. ID No. 15878
LEICHTER LAW FIRM
1602 East 7th Street
Austin, TX 78702
Tel.: (512) 495-9995
Fax: (512) 482-0164
Email: david@leichterlaw.com

**ATTORNEYS FOR PLAINTIFF**

1

>                          By: */s/ Sidd Rao*
>                          **Sidd Rao**
>                          Attorney-in-Charge
>                          State Bar No. 24065947
>                          Fed. ID No. 12105
>                          srao@eeoc.net
>                          **Mark G. Lazarz**
>                          State Bar No. 12069100
>                          Fed. ID No. 12105
>                          mlazarz@eeoc.net
>                          SHELLIST, LAZARZ, et al. LLP
>                          11 Greenway Plaza, Suite 1515
>                          Houston, TX 77046
>                          Tel.:  (713) 621-2277

                    **ATTORNEYS FOR DEFENDANT**


                        **CERTIFICATE OF SERVICE**

   By my signature below, I hereby certify that on August 30, 2018, I filed the foregoing with the Court and that all counsel of record have been served via the Court's electronic case filing system.

>                          */s/ David G. Langenfeld*
>                          **David G. Langenfeld**